

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00368-CR

---

THOMAS MCCLENDON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 396th District Court
Tarrant County, Texas[1]
Trial Court No. 1826633, Honorable Vincent Giardino, Presiding

---

December 19, 2025

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Thomas McClendon, proceeding pro se, appeals his conviction for evading arrest or detention using a motor vehicle[2] and sentence to fifteen years of confinement. The clerk's record has been filed, but the reporter's record remains outstanding due to Appellant's failure to pay for its preparation. Pending before the Court

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE ANN. § 73.001.

[2] See TEX. PENAL CODE § 38.04(b)(2)(A).

is Appellant's motion requesting the appointment of appellate counsel and a free reporter's record due to his claimed indigence.

We abate the appeal and remand the cause to the trial court to rule on Appellant's motion and determine:

(1)    whether Appellant still desires to prosecute the appeal;

(2)    whether Appellant is indigent and entitled to appointed counsel pursuant to article 1.051(d)(1) of the Code of Criminal Procedure; and

(3)    whether Appellant is entitled to have the reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2.

The trial court shall enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with the Clerk of this Court by January 20, 2026. If it is determined that Appellant desires to proceed with the appeal, is indigent, and is entitled to appointed counsel, the trial court shall appoint counsel; the name, address, email address, phone number, and state bar number of any newly appointed counsel shall be included in the aforementioned findings.

It is so ordered.

Per Curiam

Do not publish.

2